# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JAN 27 2012 Danville
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Robert James Graves | ) Case No: 4:99-cr-70049-1 |
| | ) USM No: 08203-084 |
| Date of Previous Judgment: 06/12/2000 | ) |
| *(Use Date of Last Amended Judgment if Applicable)* | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓] **DENIED.** [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*
Previous Offense Level: _____ Amended Offense Level: _____
Criminal History Category: _____ Criminal History Category: _____
Previous Guideline Range: \_\_\_ to \_\_\_ months Amended Guideline Range: \_\_\_ to \_\_\_ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other *(explain)*:

**III. ADDITIONAL COMMENTS**

Defendant was convicted of operating a continuing criminal enterprise in violation of 21 U.S.C. § 848, which by statute carries a mandatory term of life imprisonment. Amendment 750 to the United States Sentencing Guidelines reduced offense levels for crack offenses, but it has no effect on Defendant's statutory minimum sentence. Defendant is therefore ineligible for a reduction under 18 U.S.C. § 3582(c)(2).

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/27/2012

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Norman K. Moon, United States District Judge
*Printed name and title*